UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-40007-FDS

(CASE NO. 504-CV-103
Eastern District of Texas, Texarkana Division)

| | | |
|---|---|---|
| MOBILITY ELECTRONICS, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FORMOSA ELECTRONIC INDUSTRIES, | ) | |
| INC. | ) | |
| Defendant. | ) | |

## NON-PARTY FERRIS MARKETING, INC.'S OPPOSITION TO MOBILITY ELECTRONICS, INC.'S APPLICATION FOR AN ORDER COMPELLING THE PRODUCTION OF DOCUMENTS

Non-Party Ferris Marketing, Inc. ("Ferris") hereby opposes Plaintiff Mobility Electronics, Inc.'s ("Mobility") Motion to Compel Production of Documents on the ground that Ferris has produced all non-privileged responsive documents. Moreover, Mobility's request and Motion amount to nothing more than a fishing expedition to purportedly obtain eleventh-hour jurisdictional discovery from a non-party, Ferris, with whom it previously entered into a settlement and release agreement in August, 2004 in connection with this very action, originating in the Eastern District of Texas. In further support of this Opposition, Ferris states:

1.    The Texas lawsuit was filed by Mobility on May 7, 2004. A copy of the Civil Docket for that lawsuit is attached hereto as Exhibit 1.

2.    In or about August, 2004, Mobility and Ferris entered into a settlement and release agreement discharging all of the claims asserted in the Texas lawsuit. While the terms of that settlement and release agreement are confidential, Mobility issued a press release, a copy of

which is attached hereto as Exhibit 2, publicly confirming the settlement and the resolution of its case against Worldwide Marketing, Inc. ("Worldwide").

3.    On September 7, 2004 Mobility and Worldwide entered into a stipulation of dismissal, dismissing all of Mobility's claims against Worldwide with prejudice.[1]

4.    In its frantic efforts to avoid dismissal,[2] Mobility has chosen to deliberately withhold certain information from the Court, including the fact that it previously settled its claims against both Ferris and Worldwide arising out of the subject matter of the Texas action and that counsel for Ferris has made clear that Ferris is in no way trying to limit Mobility's ability to conduct discovery in connection with this lawsuit, subject to appropriate protections of Ferris' trade secret, confidential and proprietary business information, including by taking Ferris' deposition and/or re-scheduling the deposition upon written questions.   A copy of Ferris' counsel's letter dated March 11, 2005 is attached to Mobility's Motion as Exhibit D.

5.    With respect to the matter presently before the Court, Ferris' counsel agreed to accept service of the Mobility subpoena on or about February 28, 2005, requesting production of documents and scheduling a deposition on written questions at Ferris' offices in Norwood on March 11, 2005.

6.    Thereafter, Ferris timely objected to the subpoena in accordance with Rule 45 of the Federal Rules of Civil Procedure.  A copy of the Ferris' counsel's letter dated March 9, 2005 is attached to Mobility's Motion as Exhibit B.

---

[1] As Ferris was never a party to this lawsuit a stipulation of dismissal was not entered on the docket with respect to Ferris.

[2] The docket for the Texas action indicates that Defendant Formosa Electronic Industries, Inc. originally filed a Motion to Dismiss for Lack of Personal Jurisdiction at the inception of that litigation.  Therefore, Mobility cannot seriously contend, as it seeks to do in its Motion, that its purported discovery "emergency" is not of its own making.

7.    As agreed, after Mobility filed the mutually agreeable Protective Order which was accepted by the Court, Ferris produced its non-privileged documents on or about March 24, 2005. A copy of Ferris's counsel's letter dated March 24, 2005, without enclosures, is attached hereto as Exhibit 3.

8.    When Mobility requested that Ferris make further inquiry concerning its production of documents, Ferris made such inquiry, resulting in the production of additional documents which had previously not been produced.

9.    Ferris has no additional documents to produce in response to Mobility's subpoena as established by the Affidavit of Russell Enos, the Operations Manager for Ferris, which is filed herewith.

10.    In each of its discussions with Mobility's counsel, Mobility has repeatedly requested that Ferris produce documents purportedly held by Worldwide as Mobility has apparently not been able to effectuate service of process of a similar subpoena on Worldwide in Hong Kong. As such, upon information and belief, Mobility is pressing Ferris for documents which it knows it does not have in the hope that Ferris will somehow exert pressure on Worldwide to produce documents absent good and effective service. On each occasion, counsel for Ferris has informed counsel for Mobility that its dispute, if any, is with Worldwide and that Mobility must effectuate service of process in Hong Kong.

11.    Ferris has already produced all responsive, non-privileged materials which it has been able to locate based on a diligent search of its records. It has no duty to and should not be compelled to force independent third-parties to produce materials merely because Mobility has been unable to effect service of process upon them. Such a requirement would impose an unreasonable burden on Ferris, as a non-party. See Katz v. Batavia Marine & Sporting Supplies,

984 F.2d 422, 424-25 (Fed. Cir. 1993) (non-party status may properly be considered by court in evaluating the burdens imposed by discovery under the circumstances.).  See also American Standard Inc. v. Pfizer Inc., 828 F.2d 734, 738 (Fed. Cir. 1987); Solarex Corp. v. Arco Solar, Inc., 121 F.R.D.  163, 179 (E.D.N.Y. 1988); aff'd 870 F.2d. 642 (Fed. Cir. 1989); Richards of Rockford, Inc. v. Pacific Gas & Electric Co., 71 F.R.D. 388, 390 (N.D. Cal. 1976).


WHEREFORE Ferris Marketing, Inc. respectfully requests that this Court deny Mobility Electronic, Inc.'s Motion to Compel Production of Documents and grant such other relief as this Court deems just and appropriate.

FERRIS MARKETING, INC.
By Its attorneys,


Thomas J. Conte (BBO # 566092)
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA  01615-0156
(508) 926-3415
FAX: (508) 929-3006

Dated: April 13, 2005

CERTIFICATE OF SERVICE

    I, Thomas J. Conte, hereby certify that on this 13th day of April 2005, I served a copy of the foregoing by mailing copies of the same, postage prepaid, to the following:

        Robert P. Latham, Esquire
        Jackson Walker L.L.P.
        Bank of America Plaza
        901 Main Street
        Suite 6000
        Dallas, TX 75202

                          _____
                          Thomas J. Conte

# EXHIBIT 1

JURY, PATENT

## U.S. District Court [LIVE]
## Eastern District of TEXAS LIVE (Texarkana)
## CIVIL DOCKET FOR CASE #: 5:04-cv-00103-DF

Mobility Electronics Inc v. Formosa Electronic Industries Inc et al
Assigned to: Judge David Folsom
Cause: 35:271 Patent Infringement

Date Filed: 05/07/2004
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Mobility Electronics Inc**

represented by **Robert Parke Latham**
Jackson Walker - Dallas
901 Main St
Suite 6000
Dallas, TX 75202-3797
214/953-6095
Fax: 12149535822
Email: blatham@jw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George L McWilliams**
Patton Roberts McWilliams & Capshaw
2900 St Michael Dr
Suite 400
Texarkana, TX 75505
903/334-7107
Fax: 19033347007
Email: gmcwilliams@pattonroberts.com
*ATTORNEY TO BE NOTICED*

**Sean Fletcher Rommel**
Patton Roberts McWilliams Greer &
cCapshaw
2900 St Michael Dr
Suite 400
Texarkana, TX 75505
903/334-7000
Fax: 19033347007
Email: srommel@pattonroberts.com
*ATTORNEY TO BE NOTICED*

**Stephen A Kennedy**
Jackson Walker - Dallas
901 Main St
Suite 6000
Dallas, TX 75202-3797
972/506-9818
Fax: 19725069827
Email: skennedy@jw.com

*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Formosa Electronic Industries Inc**                represented by **Allen Rugg**
Powell Goldstein - Washington
901 New York Ave NW
Washington, DC 2001-4413
202-624-7320
Fax: 202-624-7222
Email: arugg@pogolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Pulsinelli**
Breiner & Breiner
115 North Henry Street
P O Box 19290
Alexandria, Va 22320-0290
703-684-6885
Fax: 703-684-8206
Email: jpulsinelli@bbpatlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johnny C Chiu**
Powell Goldstein - Washington
901 New York Ave NW
Washington, DC 2001-4413
202-624-7207
Fax: 202-624-7222
Email: jchiu@pogolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jorge Almonte**
Powell Goldstein - Washington
901 New York Ave NW
Washington, DC 2001-4413
202-624-3910
Fax: 202-624-7222
Email: jalmonte@pogolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen R Smith**
Powell Goldstein - Washington
901 New York Ave NW
Washington, DC 2001-4413
202-624-7317
Fax: 202-624-7222
Email: stsmith@pogolaw.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Theodore A Breiner**
Breiner & Breiner
115 North Henry Street
P O Box 19290
Alexandria, Va 22320-0290
703-684-6885
Fax: 703-684-8206
Email: tbreiner@bbpatlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffery Carl Lewis**
Atchley Russell Waldrop & Hlavinka
PO Box 5517
1710 Moores Lane
Texarkana, TX 75505-5517
903-792-8246
Fax: 903-792-5801
Email: jlewis@arwhlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Micro Innovations Corp**
*TERMINATED: 09/24/2004*

**Defendant**

**SPS Inc**
*TERMINATED: 08/02/2004*

**Defendant**

**Worldwide Marketing LTD**
*TERMINATED: 09/07/2004*

**Defendant**

**Sakar International Inc**
*TERMINATED: 09/21/2004*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/07/2004 | 1 | COMPLAINT against Formosa Electronic Industries Inc, Micro Innovations Corp, SPS Inc (Filing fee $ 150.) , filed by Mobility Electronics Inc.(mpv, ) (Entered: 05/11/2004) |
| 05/07/2004 | | Filing fee: $ 150.00, receipt number 102352 (mpv, ) (Entered: 05/11/2004) |
| 05/07/2004 | | DEMAND for Trial by Jury by Mobility Electronics Inc. contained in #1 (mpv, ) (Entered: 05/11/2004) |
| 05/07/2004 | 2 | CORPORATE DISCLOSURE STATEMENT filed by Mobility Electronics Inc (mpv, ) (Entered: 05/11/2004) |
| 05/07/2004 | | Summons Issued as to Formosa Electronic Industries Inc, Micro Innovations Corp, SPS |

|            |    | Inc. (mpv, ) (Entered: 05/11/2004) |
|------------|----|-------------------------------------|
| 05/11/2004 | 3  | Form mailed to Commissioner of Patents and Trademarks. (mpv, ) (Entered: 05/11/2004) |
| 05/11/2004 |    | Magistrate Consent Form Mailed to Mobility Electronics Inc (mpv, ) (Entered: 05/11/2004) |
| 05/19/2004 | 4  | MOTION for Issuance of Letters Rogatory by Mobility Electronics Inc. (Attachments: # 1 Text of Proposed Order)(mpv, ) (Entered: 05/20/2004) |
| 05/21/2004 | 5  | ORDER granting 4 Motion for Issuance of Letters Rogatory . Signed by Judge David Folsom on 5/21/04. (mpv, ) (Entered: 05/24/2004) |
| 05/21/2004 | 6  | Letter Rogatory Issued (mpv, ) (Entered: 05/24/2004) |
| 06/10/2004 | 7  | Return of Service Executed via Secretary of State of Texas certified mail as to Micro Innovations Corp on 6/1/2004, answer due: 6/21/2004. (mpv, ) (Entered: 06/10/2004) |
| 07/08/2004 | 8  | MOTION to Stay by Formosa Electronic Industries Inc. (Attachments: # 1 Exhibit A -- ITC notice# 2 Text of Proposed Order Granting Motion to Stay)(Lewis, Jeffery) (Entered: 07/08/2004) |
| 07/13/2004 | 9  | MOTION/APPLICATION for Permanent Injunction, MOTION/APPLICATION for Preliminary Injunction, MOTION/APPLICATION for Temporary Restraining Order by Mobility Electronics Inc. Responses due by 7/31/2004 (Attachments: # 1 Exhibit A-C9 # 2 Exhibit C10-E # 3 Text of Proposed Order)(mpv, ) (Entered: 07/14/2004) |
| 07/13/2004 | 10 | AMENDED COMPLAINT against Worldwide Marketing LTD, Sakar International Inc, Formosa Electronic Industries Inc, Micro Innovations Corp, SPS Inc Worldwide Marketing LTD answer due 8/2/2004; Sakar International Inc answer due 8/2/2004., filed by Mobility Electronics Inc. (Attachments: # 1 Exhibit A-C # 2 Exhibit D-F) (mpv, ) (Entered: 07/14/2004) |
| 07/14/2004 |    | Summons Issued as to Sakar International Inc, Worldwide Marketing LTD. (mpv, ) (Entered: 07/14/2004) |
| 07/16/2004 | 11 | ORDER Setting Hearing on Motion 9 MOTION for Temporary Restraining Order Motion Hearing set for 7/28/2004 10:00 AM in Ctrm 319 (Texarkana) before Judge David Folsom.. Signed by Judge David Folsom on 7/16/04. (mpv, ) (Entered: 07/19/2004) |
| 07/23/2004 | 12 | RESPONSE to Motion re 8 MOTION to Stay filed by Mobility Electronics Inc. (Attachments: # 1 Text of Proposed Order)(mpv, ) (Entered: 07/23/2004) |
| 07/26/2004 | 13 | ***WITHDRAWN PER #51***<br><br>MOTION to Dismiss *for Lack of Personal Jurisdiction and Insufficient Service of Process* by Formosa Electronic Industries Inc. Responses due by 8/10/2004 (Attachments: # 1 Affidavit Exh. A -- Declaration of Michael Wu)(Lewis, Jeffery) Modified on 3/21/2005 (mpv, ). (Entered: 07/26/2004) |
| 07/29/2004 | 14 | MOTION/NOTICE to Dismiss party SPS Inc by Mobility Electronics Inc. Responses due by 8/16/2004 (Attachments: # 1 Text of Proposed Order)(mpv, ) (Entered: 07/30/2004) |
| 08/02/2004 | 15 | ORDER granting 14 Motion to Dismiss without prejudice Dft SPS, Inc. Signed by Judge David Folsom on 8/2/04. (mpv, ) (Entered: 08/03/2004) |

| 08/06/2004 | 16 | AGREED MOTION for Extension of Time to File Response/Reply as to 13 MOTION to Dismiss *for Lack of Personal Jurisdiction and Insufficient Service of Process* by Mobility Electronics Inc. (Attachments: # 1 Text of Proposed Order)(mpv, ) (Entered: 08/06/2004) |
| 08/11/2004 | 17 | ORDER granting 16 Motion for Extension of Time to File Response/Reply re 13 MOTION to Dismiss *for Lack of Personal Jurisdiction and Insufficient Service of Process* ORDERED, ADJUDGED AND DECREED that Pla and Dft Formosa's agreed motion for extension of time for Pla to resond to Formosa's motion to dismiss is in all things granted, and Pla shall have to and including 9/10/04, to respond to said motion to dismiss. Responses due by 9/10/2004. Signed by Judge David Folsom on 8/11/04. (mpv, ) (Entered: 08/11/2004) |
| 09/01/2004 | 18 | STIPULATION of Dismissal *as to Defendant Worldwide Marketing Ltd.* by Mobility Electronics Inc. (McWilliams, George) (Entered: 09/01/2004) |
| 09/01/2004 | 19 | **\*\*\* FILED IN ERROR PLEASE IGNORE\*\*\*** **Proposed Agreed Judgment** *Order of Dismissal with Prejudice as to Defendant Worldwide Marketing Ltd..* **(McWilliams, George) Modified on 9/2/2004 (mpv, ).** **(Entered: 09/01/2004)** |
| 09/07/2004 | 20 | AGREED ORDER of Dismissal with prejudice as to Dft Worldwide Marketing re 18 Stipulation of Dismissal filed by Mobility Electronics Inc. Signed by Judge David Folsom on 9/7/2004. (sm, ) (Entered: 09/08/2004) |
| 09/07/2004 |  | Terminated Dft Worldwide Marketing per #20 (sm, ) (Entered: 09/08/2004) |
| 09/08/2004 |  | Notified Attorney Stephen Kennedy, Per GO 04-12, this court no longer accepts pleadings in paper form. The Clerk will no longer mail or fax notices or orders to parties. All notices and orders generated by this court shall be sent electronically. (sm, ) (Entered: 09/08/2004) |
| 09/20/2004 | 21 | STIPULATION of Dismissal *as to Sakar International* by Mobility Electronics Inc. (Attachments: # 1 Text of Proposed Order Agreed Order Dismissing Sakar Int'l with prejudice)(McWilliams, George) (Entered: 09/20/2004) |
| 09/21/2004 | 22 | AGREED ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT SAKAR INTERNATIONAL INC. re 21 Stipulation of Dismissal filed by Mobility Electronics Inc, Sakar International Inc terminated. Signed by Judge David Folsom on 9/21/04. (mrm, ) (Entered: 09/21/2004) |
| 09/23/2004 | 23 | STIPULATION of Dismissal *as to Micro Innovations Corp.* by Mobility Electronics Inc. (Attachments: # 1 Text of Proposed Order)(McWilliams, George) (Entered: 09/23/2004) |
| 09/23/2004 | 24 | NOTICE *Waiver of Service of Summons by defendant Formosa Electronic Industries, Inc.* (McWilliams, George) Modified on 9/23/2004 (sm, ). CONTACTED ATTY THAT PLEADING SHOULD NOT BE FILED BY ATTY BUT SENT TO CLERK (Entered: 09/23/2004) |
| 09/23/2004 |  | **\*\*\*FILED IN ERROR. Document # 24, Waiver of Service Cannot be filed but by Clerk due to answer deadline and pleading was not signed by atty filing document. PLEASE IGNORE DOCUMENT.\*\*\*** (sm, ) (Entered: 09/23/2004) |
| 09/24/2004 | 25 | WAIVER OF SERVICE Returned Executed by Mobility Electronics Inc. Formosa |

| | | |
|---|---|---|
| | | Electronic Industries Inc waiver sent on 9/13/2004, answer due 11/12/2004. (sm, ) (Entered: 09/24/2004) |
| 09/24/2004 | 26 | AGREED ORDER OF DISMISSAL WITH PREJUDCIE AS TO DEFENDANT MICRO INNOVATIONS CORP granting 23 Stipulation of Dismissal filed by Mobility Electronics Inc, Micro Innovations Corp terminated.. Signed by Judge David Folsom on 9/24/04. (mrm, ) (Entered: 09/24/2004) |
| 09/30/2004 | 27 | STIPULATION of Dismissal *of Trademark Infringement Claims against Defendant Formosa Electronic Industries* by Mobility Electronics Inc. (Attachments: # 1 Text of Proposed Order)(McWilliams, George) (Entered: 09/30/2004) |
| 09/30/2004 | 28 | Joint MOTION to Stay *Pending Resolution of Related Litigation before International Trade Commission* by Mobility Electronics Inc. (Attachments: # 1 Text of Proposed Order)(McWilliams, George) (Entered: 09/30/2004) |
| 10/06/2004 | 29 | ORDER Dismissing Trademark Infringement related claims against Formosa Electronic Industries re 27 Stipulation of Dismissal filed by Mobility Electronics Inc . Signed by Judge David Folsom on 10/3/2004. (sm, ) (Entered: 10/07/2004) |
| 10/06/2004 | 30 | ORDER granting 28 Motion to Stay pending resolution of the related litigation currently before the Intl Trade Commission and denying previously filed motion to stay as MOOT. Signed by Judge David Folsom on 10/3/2004. (sm, ) (Entered: 10/07/2004) |
| 10/25/2004 | 31 | MOTION Motion to Lift Stay by Mobility Electronics Inc. (Attachments: # 1 Exhibit One# 2 Exhibit Two# 3 Text of Proposed Order)(Rommel, Sean) (Entered: 10/25/2004) |
| 11/09/2004 | 32 | RESPONSE in Opposition re 31 MOTION Motion to Lift Stay filed by Formosa Electronic Industries Inc. (Attachments: # 1 Exhibit A# 2 Text of Proposed Order) (Lewis, Jeffery) (Entered: 11/09/2004) |
| 11/16/2004 | 33 | REPLY to Response to Motion re 31 MOTION Motion to Lift Stay filed by Mobility Electronics Inc. (McWilliams, George) (Entered: 11/16/2004) |
| 11/17/2004 | 34 | REPLY to Response to Motion re 31 MOTION Motion to Lift Stay *(SUPPLEMENT)*. (Attachments: # 1 Exhibit ITC NO REVIEW NOTICE)(McWilliams, George) (Entered: 11/17/2004) |
| 11/22/2004 | 61 | Return of Service Executed/Letters Rogatory executed in Taipei, Taiwan on 10/19/04. (Given to Judge in error) (mpv, ) (Entered: 02/08/2005) |
| 12/13/2004 | 35 | Supplemental MOTION to Stay *Certificate of Conference*. (McWilliams, George) (Entered: 12/13/2004) |
| 12/13/2004 | 36 | RESPONSE to Motion re 35 Supplemental MOTION to Stay *Certificate of Conference to Plaintiff's Motion to Lift Stay* filed by Formosa Electronic Industries Inc. (Lewis, Jeffery) (Entered: 12/13/2004) |
| 12/16/2004 | 37 | ORDER TO CONDUCT RULE 26(f) CONFERENCE Rule 26 Meeting Report due by 2/17/2005.. Signed by Judge David Folsom on 12/16/04. (mrm, ) (Entered: 12/16/2004) |
| 12/17/2004 | 38 | APPLICATION to Appear Pro Hac Vice by Attorney Theodore A Breiner for Formosa Electronic Industries Inc. (rml, ) (Entered: 12/20/2004) |
| 12/17/2004 | | Pro Hac Vice Filing fee paid by Theodore Breiner; Fee: $25; receipt number: 103712 (rml, ) (Entered: 12/20/2004) |
| 12/17/2004 | 39 | APPLICATION to Appear Pro Hac Vice by Attorney Jennifer A Pulsinelli for Formosa Electronic Industries Inc. (rml, ) (Entered: 12/20/2004) |

| | | |
|---|---|---|
| 12/17/2004 | | Pro Hac Vice Filing fee paid by Jennifer Pulsinelli; Fee: $25, receipt number: 103713 (rml, ) (Entered: 12/20/2004) |
| 12/17/2004 | 40 | APPLICATION to Appear Pro Hac Vice by Attorney Stephen R Smith for Formosa Electronic Industries Inc. (rml, ) (Entered: 12/20/2004) |
| 12/17/2004 | | Pro Hac Vice Filing fee paid by Stephen Smith; Fee: $25, receipt number: 103714 (rml, ) (Entered: 12/20/2004) |
| 12/17/2004 | 41 | APPLICATION to Appear Pro Hac Vice by Attorney Jorge Almonte for Formosa Electronic Industries Inc. (rml, ) (Entered: 12/20/2004) |
| 12/17/2004 | | Pro Hac Vice Filing fee paid by Jorge Almonte; Fee: $25, receipt number: 103715 (rml, ) (Entered: 12/20/2004) |
| 12/17/2004 | 42 | APPLICATION to Appear Pro Hac Vice by Attorney Allen Rugg for Formosa Electronic Industries Inc. (rml, ) (Entered: 12/20/2004) |
| 12/17/2004 | | Pro Hac Vice Filing fee paid by Allen Rugg; Fee: $25, receipt number: 103716 (rml, ) (Entered: 12/20/2004) |
| 12/17/2004 | 43 | APPLICATION to Appear Pro Hac Vice by Attorney Johnny C Chiu for Formosa Electronic Industries Inc. (rml, ) (Entered: 12/20/2004) |
| 12/17/2004 | | Pro Hac Vice Filing fee paid by Johnny Chiu; Fee: $25, receipt number: 103717 (rml, ) (Entered: 12/20/2004) |
| 01/04/2005 | 44 | ORDER granting 31 Motion to Lift Stay Upon Termination of International Trade Commisssion Proceeding. Signed by Judge David Folsom on 1/4/05. (mrm, ) (Entered: 01/05/2005) |
| 01/05/2005 | 45 | MOTION for Leave to File *Second Amended Complaint Under Seal (Unopposed)* by Mobility Electronics Inc. (Attachments: # 1 Text of Proposed Order)(Rommel, Sean) (Entered: 01/05/2005) |
| 01/06/2005 | 46 | ORDER granting 45 Unopposed Motion for Leave to File Second Amended Complaint Under Seal. Signed by Judge David Folsom on 1/6/05. (mrm, ) (Entered: 01/06/2005) |
| 01/06/2005 | 47 | FILED UNDER SEAL SECOND AMENDED COMPLAINT against Formosa Electronic Industries Inc, filed by Mobility Electronics Inc. (sm, ) (Entered: 01/06/2005) |
| 01/07/2005 | 48 | MOTION for Extension of Time to File *Responsive Pleading to Plaintiff's Second Amended Complaint* by Formosa Electronic Industries Inc. (Attachments: # 1 Text of Proposed Order)(Lewis, Jeffery) (Entered: 01/07/2005) |
| 01/07/2005 | 49 | MOTION to Withdraw 13 MOTION to Dismiss *for Lack of Personal Jurisdiction and Insufficient Service of Process without prejudice* by Formosa Electronic Industries Inc. (Attachments: # 1 Text of Proposed Order)(Lewis, Jeffery) (Entered: 01/07/2005) |
| 01/10/2005 | 50 | ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S SECOND AMENDED COMPLAINT granting 48 Motion for Extension of Time to File; IT IS THEREFORE ORDERED ADJUDGED AND DECREED that Dft Formosa Electronic Industries, Inc. shall have until 1/31/05 to file a responsive pleading to Plfs Second Amended Complaint. Signed by Judge David Folsom on 1/10/05. (mrm, ) (Entered: 01/10/2005) |
| 01/10/2005 | 51 | ORDER granting 49 Motion to Withdraw 13 MOTION to Dismiss *for Lack of Personal Jurisdiction and Insufficient Service of Process* . Signed by Judge David Folsom on |

| | | |
|---|---|---|
| | | 1/10/05. (mrm, ) (Entered: 01/10/2005) |
| 01/10/2005 | 52 | NOTICE by Formosa Electronic Industries Inc *Designation of Allen Rugg as Attorney-in-Charge* (Lewis, Jeffery) (Entered: 01/10/2005) |
| 01/11/2005 | 53 | MOTION for Leave to File *App. for Prelim. Injunction under seal and to exceed page limit* by Mobility Electronics Inc. (Attachments: # 1 Text of Proposed Order)(Rommel, Sean) (Entered: 01/11/2005) |
| 01/12/2005 | 54 | ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE APPLICATION FOR PRELIMINARY INJUNCTION UNDER SEAL AND TO EXCEED PAGE LIMIT granting 53 Motion for Leave to File . Signed by Judge David Folsom on 1/12/05. (mrm, ) (Entered: 01/12/2005) |
| 01/13/2005 | 55 | SEALED MOTION for Preliminary Injunction by Mobility Electronics Inc. (mpv, ) (Entered: 01/13/2005) |
| 01/19/2005 | 56 | MOTION for Extension of Time to File Response/Reply as to [55] MOTION for Preliminary Injunction by Formosa Electronic Industries Inc. (Attachments: # 1 Text of Proposed Order)(Lewis, Jeffery) (Entered: 01/19/2005) |
| 01/20/2005 | 57 | ORDER granting 56 Motion for Extension of Time to File Response/Reply re [55] MOTION for Preliminary Injunction Responses due by 2/22/2005. Signed by Judge David Folsom on 1/20/05. (mrm, ) (Entered: 01/20/2005) |
| 01/31/2005 | 58 | MOTION for Leave to File *Under Seal Defendant's Motion to Dismiss for Lack of Personal Jurisdiction, or alternatively, To Add a Necessary Party* by Formosa Electronic Industries Inc. (Attachments: # 1 Text of Proposed Order)(Lewis, Jeffery) (Entered: 01/31/2005) |
| 01/31/2005 | 59 | ORDER granting 58 Motion for Leave to File motion under seal. Signed by Judge David Folsom on 1/31/05. (mpv, ) (Entered: 02/01/2005) |
| 01/31/2005 | 60 | SEALED MOTION to Dismiss for Lack of Jurisdiction, or in the alternative MOTION to add a necessary party by Formosa Electronic Industries Inc. Responses due by 2/14/2005 (mpv, ) (Entered: 02/01/2005) |
| 02/15/2005 | 62 | MOTION for Extension of Time to File Response/Reply *to Formosa's Motion to Dismiss or Add Necessary Party*. (Attachments: # 1 Text of Proposed Order)(Rommel, Sean) (Entered: 02/15/2005) |
| 02/16/2005 | 63 | REPORT of Rule 26(f) Planning Meeting. (Attachments: # 1 Exhibit Ex. A- Proposed Agreed Scheduling Order)(Rommel, Sean) (Entered: 02/16/2005) |
| 02/16/2005 | 64 | ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO FORMOSA'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, OR ALTERNATIVELY, TO ADD A NECESSARY PARTY; granting 62 Motion for Extension of Time to File Response/Reply re [60] MOTION to Dismiss for Lack of Jurisdiction MOTION to add a necessary party; Responses due by 2/22/2005. Signed by Judge David Folsom on 2/16/05. (mrm, ) (Entered: 02/16/2005) |
| 02/18/2005 | 65 | Second MOTION for Extension of Time to File Response/Reply as to [55] MOTION for Preliminary Injunction by Formosa Electronic Industries Inc. (Attachments: # 1 Text of Proposed Order)(Lewis, Jeffery) (Entered: 02/18/2005) |
| 02/21/2005 | 66 | Second MOTION for Extension of Time to File Response/Reply *to Formosa's Motion to Dismiss* by Mobility Electronics Inc. (Attachments: # 1 Text of Proposed Order) |

|  |  |  |
|---|---|---|
|  |  | (Rommel, Sean) (Entered: 02/21/2005) |
| 02/22/2005 | 67 | ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; granting 65 Motion for Extension of Time to File Response/Reply re [55] MOTION for Preliminary Injunction Responses due by 2/25/2005. Signed by Judge David Folsom on 2/22/05. (mrm, ) (Entered: 02/22/2005) |
| 02/22/2005 | 68 | SCHEDULING ORDER: Final Pretrial Conference set for 11/7/2005 in Ctrm 319 (Texarkana) before Judge David Folsom. Amended Pleadings due by 8/9/2005. Discovery due by 8/9/2005. Joinder of Parties due by 7/8/2005. Jury instructions due by 10/28/2005 Jury Selection set for 11/8/2005 10:00 AM in Ctrm 319 (Texarkana) before Judge David Folsom. Mediation Completion due by 10/14/2005.Proposed Findings of Fact due by 10/28/2005 Proposed Pretrial Order due by 10/28/2005.. Signed by Judge David Folsom on 2/22/05. (mrm, ) (Entered: 02/23/2005) |
| 02/22/2005 | 69 | ORDER granting 66 Motion for Extension of Time to File Response/Reply re 13 MOTION to Dismiss *for Lack of Personal Jurisdiction and Insufficient Service of Process* Responses due by 2/25/2005. Signed by Judge David Folsom on 2/22/05. (mrm, ) (Entered: 02/23/2005) |
| 02/25/2005 | 70 | Third MOTION for Extension of Time to File Response/Reply *to Formosa's Motion to Dismiss or Add Necessary Party* by Mobility Electronics Inc. (Attachments: # 1 Text of Proposed Order)(Rommel, Sean) (Entered: 02/25/2005) |
| 02/28/2005 | 71 | ORDER granting 70 Motion for Extension of Time to File Response/Reply re [60] MOTION to Dismiss for Lack of Jurisdiction MOTION to add a necessary party Responses due by 4/20/2005 Replies due by 4/25/2005.. Signed by Judge David Folsom on 2/28/05. (mpv, ) (Entered: 02/28/2005) |
| 02/28/2005 | 72 | Amended MOTION for Extension of Time to File Response/Reply *to Motion to Dismiss/for Preliminary Injunction (Amends Doc.#70)* by Mobility Electronics Inc. (Attachments: # 1 Text of Proposed Order)(Rommel, Sean) (Entered: 02/28/2005) |
| 03/01/2005 | 73 | ORDER GRANTING AMENDED THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO FORMOSA'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, OR ALTERNATIVELY, TO ADD A NECESSARY PARTY; granting 72 Motion for Extension of Time to File Response/Reply re [60] MOTION to Dismiss for Lack of Jurisdiction MOTION to add a necessary party, [55] MOTION for Preliminary Injunction; Responses due by 4/20/2005 for Mobility to respond to Formosa's Motion to Dismiss; Responses due by 4/22/05 for Formosa to file response to Mobility's Motion for Preliminary Injunction; Reply due by 4/29/05 for Formosa to file reply to Mobility's response to Motion to Dismiss; Reply due by 5/2/05 for Mobility to file reply to Formosa's response to Motion for Preliminary Injunction; Surreply due by 5/6/05 for Mobility to file surreply regarding Motion to Dismiss; Surreply due by 5/9/05 for Formosa to file surreply regarding Motion for Preliminary Injunction. Signed by Judge David Folsom on 3/1/05. (mrm, ) (Entered: 03/01/2005) |
| 03/03/2005 | 74 | Joint MOTION for Protective Order *by Plaintiff and Defendant* by Mobility Electronics Inc. (Attachments: # 1 Text of Proposed Order Agreed Protective Order)(Rommel, Sean) (Entered: 03/03/2005) |
| 03/04/2005 | 75 | MOTION for Issuance of Letters Rogatory *to Worldwide Marketing Limited* by Mobility Electronics Inc. (Attachments: # 1 Exhibit Ex. A - Latham Affidavit# 2 Exhibit |

| | | Ex.B Letter of Request-Worldwide Marketing# 3 Text of Proposed Order)(McWilliams, George) (Entered: 03/04/2005) |
|---|---|---|
| 03/16/2005 | 76 | PROTECTIVE ORDER. Signed by Judge David Folsom on 3/16/05. (mrm, ) (Entered: 03/16/2005) |
| 03/17/2005 | 77 | ORDER granting 75 Motion for Issuance of Letters Rogatory . Signed by Judge David Folsom on 3/17/2005. (sm, ) (Entered: 03/17/2005) |
| 03/17/2005 | 78 | Request/Letter of Rogatory for International Judicial Assistance,signed by Judge Folsom, regarding Worldwide Marketing (Central Authority of Hong Kong) ORIGINAL Given to Plaintiff for service (sm, ) (Entered: 03/17/2005) |
| 03/18/2005 | 79 | NOTICE by Mobility Electronics Inc *of Service of Subpoena on Non-Party Ferris Marketing, Inc.* (Attachments: # 1 Exhibit Subpoena to Ferris Marketing, Inc.)(Rommel, Sean) (Entered: 03/18/2005) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/13/2005 11:04:13 | | |
| **PACER Login:** | tc1063 | **Client Code:** |
| **Description:** | Docket Report | **Search Criteria:** | 5:04-cv-00103-DF |
| **Billable Pages:** | 6 | **Cost:** | 0.48 |

# EXHIBIT 2

# MOBILITY ELECTRONICS, INC.

| Products | ▾ | Support | ▾ | Where to Buy | Technology | News | ▾ | About Us | ▾ | |
|---|---|---|---|---|---|---|---|---|---|---|

<<Back

**Investor Relations**
**Corporate Governance**
**Stock Information**
**Advanced Fundamentals**
**Financial Reports**
**Press Releases**
**Analyst Coverage**
**First Call Estimates**
**SEC Filings**
**Event Calendar**
**Investor faqs**
**Email Alerts**
**Information Request**

Mobility Electronics Reaches Settlement Agreement With Worldwide Marketing

**Worldwide Marketing Will Stop Selling Products Alleged by Mobility to Be Patent Infringing;
Mobility Will Drop Lawsuit**

SCOTTSDALE, Ariz., Sept. 1 /PRNewswire-FirstCall/ -- Mobility Electronics, Inc. (Nasdaq: MOBE), a
leading provider of innovative portable computing solutions for the mobile electronics device user,
today announced it has reached a settlement with Worldwide Marketing Ltd. Under the terms of the
settlement, Worldwide Marketing has agreed to stop selling power products that Mobility Electronics
alleges uses its patented technology and, in exchange, Mobility Electronics has agreed to drop its
patent infringement complaints against Worldwide Marketing.

Earlier this year, Mobility Electronics filed a complaint with the United States District Court for the
Eastern District of Texas against Worldwide Marketing, claiming that it had engaged in unlawful
activities that infringed upon Mobility's patented power technology. Worldwide Marketing disputed the
claims.

"We are pleased to have reached a favorable settlement with Worldwide Marketing in this case," said
Charlie Mollo, chief executive officer of Mobility Electronics. "Mobility Electronics intends to
aggressively pursue all of its intellectual property rights."

Mobility Electronics currently has approximately 125 patents and patents pending in the United States
and throughout the world to protect its innovative power adapter technology.

About Mobility Electronics, Inc.

Mobility Electronics, Inc., based in Scottsdale, Arizona, is a rapidly growing developer and marketer of
a broad range of innovative solutions for the mobile electronic device market (e.g., mobile phones,
portable computers, smartphones, PDAs, digital cameras, etc.). The company's innovative solutions
include power adapters, hardware and software products for handheld devices, expansion and docking
products for servers, desktop and portable computers and other accessories for the mobile electronic
device market.

Mobility Electronics' brands include both the iGo(TM) and MAGMA(TM) product lines. iGo's flagship
products include the industry's first combination AC/DC power adapter, Juice(TM), as well as first-to-
market handheld software and accessory products such as Quickoffice(TM) and Pitch(TM). The
company's MAGMA line of patented expansion products enables the industry's only PCI expansion
solutions for servers, desktop and mobile computing users.

Mobility Electronics' products are available to mobile electronic device users directly via the company's
online store (www.igo.com) as well as through the company's global distribution base of leading
resellers, retailers and OEM partners. For additional information on Mobility Electronics' products and
services, call 480-596-0061, or visit its Web site at www.mobilityelectronics.com.

Mobility Electronics, Quickword, and Quicksheet are registered trademarks, and iGo, Juice, Quickoffice
Premier, Quickpoint, Pitch, MAGMA, are trademarks of Mobility Electronics, Inc. All other trademarks or
registered trademarks are the property of their respective owners.

This release contains forward-looking statements within the meaning of the Private Securities
Litigation Reform Act of 1995, including statements relating to our product offerings. These forward-
looking statements are based on management's current expectations and beliefs and are subject to
risks and uncertainties that could cause actual results to differ materially from those described in the
forward-looking statements. In particular, factors that could cause actual results to differ materially
from those in the forward-looking statements include the loss of, and failure to replace, any significant
customers; the timing and success of new product introductions; the development and introduction of
new products by us and our competitors; the performance of suppliers and subcontractors; industry
and general economic or business conditions; and other factors detailed in our filings with the

Securities and Exchange Commission. Forward-looking statements speak only as of the date made and are not guarantees of future performance. We undertake no obligation to publicly update or revise any forward-looking statements.

SOURCE Mobility Electronics, Inc.
09/01/2004
CONTACT: Tom Rafferty of Metzger Associates, +1-303-786-7000, ext. 2225, tom@metzger.com, for Mobility Electronics; or Julia Kroner of Mobility Electronics, Inc., +1-480-596-0061, ext. 386, jkroner@mobl.com
Web site: http://www.igo.com
Web site: http://www.mobilityelectronics.com

TOP ^

© 2003 Mobility Electronics Inc. The iGo logo is a trademark of Mobility Electronics, Inc. All other brand names and logos are trademarks or registered trademarks of their respective owners. Specifications and Pricing is subject to change without notice.

home | products | support | news | where to buy | contact us | sitemap

# EXHIBIT 3



*Bowditch*
*&Dewey*
ATTORNEYS

Direct telephone:  (508) 926-3415
Direct facsimile:  (508) 929-3006
Email:  tconte@bowditch.com

March 24, 2005

**<u>VIA FEDERAL EXPRESS</u>**

John M. Jackson, Esquire
Jackson Walker LLP
901 Main Street, Suite 6000
Dallas, TX 75202

*Re:*    <u>*Mobility Electronics, Inc. v. Formosa Electronic Industries, Inc.*</u>
         ***United States District Court, District of Massachusetts, Central Division;***
         ***Civil Action No. 504-CV-103--Eastern District of Texas, Texarkana Division***

Dear Mr. Jackson:

I am in receipt of your correspondence dated March 23, 2005.  Without addressing each comment in your letter, I disagree with your characterization of our discussions.

In any event, as the Protective Order has now been filed with the Court, subject to and without waiving my client's Rule 45 objections as set forth in my prior correspondence, enclosed please find copies of documents responsive to Mobility Electronics, Inc.'s subpoena directed to Ferris Marketing, Inc. ("Ferris") in connection with the above-referenced lawsuit.

I trust that this fulfills Ferris' obligations under the subpoena and, as such, Ferris does not plan to take any additional action at this time.

Please contact me if you have any questions.

Sincerely,

Thomas J. Conte

TJC/hlb

{J:\CLIEN\lit\305550\0009\P0522302.DOC;1}

BOWDITCH & DEWEY, LLP  311 MAIN STREET  PO BOX 15156  WORCESTER, MA 01615-0156
T 508 791 3511  F 508 756 7636  www.bowditch.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-40007-FDS

(CASE NO. 504-CV-103
Eastern District of Texas, Texarkana Division)

MOBILITY ELECTRONICS, INC.,                 )
                              Plaintiff,     )
                                             )
v.                                           )
                                             )
FORMOSA ELECTRONIC INDUSTRIES,               )
INC.                                         )
                              Defendant.     )

## AFFIDAVIT OF RUSSELL ENOS

I, Russell Enos, on oath depose and state as follows:

1.      I am employed at Ferris Marketing, Inc. ("Ferris") and have been so employed since December 27, 2004.

2.      In addition to my duties as the Operations Manager, I am also responsible for Ferris' business records.

3.      Upon my receipt of the subpoena from Mobility Electronics, Inc. ("Mobility"), I made a good faith search for all documents in our files responsive to the subpoena. I also contacted all of the persons who might have additional responsive materials to make certain that I had everything.

4.      In this regard, it is my understanding that Ferris has produced all responsive non-privileged documents to Mobility that we were able to locate in connection with the subpoena.

Signed under the pains and penalties of perjury this 13th day of April, 2005.

FERRIS MARKETING, INC.

By: _____
        Russell Enos